# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

In re:   MARC ERICSON DARNELL                                                    Case No.: 18-51349-FJS

Debtor                                                                                              Chapter 13

## NOTICE OF TRUSTEE'S MOTION TO DISMISS

Michael P. Cotter, Chapter 13 Trustee, has filed papers with the court to dismiss your case. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to dismiss your case or if you want the court to consider your views on the motion, then you and your attorney must:

## ATTEND THE HEARING SCHEDULED TO BE HELD:

at   U.S. Courthouse
2400 WEST AVENUE
NEWPORT NEWS, VA  23607          on January 18, 2019 at 10:30 am

If you or your attorney do not take these steps, the court may decide that you do not oppose on the motion and may enter an order granting that relief.

**MICHAEL P. COTTER, TRUSTEE**

BY   /s/ Michael P. Cotter

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Notice of Hearing was mailed this 11th day of December, 2018 to:

MARC ERICSON DARNELL
P.O. BOX 1673
NEWPORT NEWS, VA 23601

/s/ Michael P. Cotter

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

In re:    MARC ERICSON DARNELL                                      Case No.: 18-51349-FJS

    Debtor                                                                                  Chapter 13

### TRUSTEE'S MOTION FOR DISMISSAL

COMES NOW Michael P. Cotter, Chapter 13 Standing Trustee, who moves for dismissal of the above referenced bankruptcy matter, due to the debtors failure to file 2016 and 2017 tax returns

For the foregoing reason, this case should be dismissed.

**MICHAEL P. COTTER, TRUSTEE**

BY  /s/ Michael P. Cotter

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Notice of Hearing was mailed this 11th day of December, 2018 to:

MARC ERICSON DARNELL
P.O. BOX 1673
NEWPORT NEWS, VA 23601

/s/ Michael P. Cotter

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000